UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES FAULK, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>OWENS CORNING ROOFING AND §<br>ASPHALT, LLC, §<br>§<br>*Defendant*. § | Civil Action No. 3:23-CV-0230-X |

## FINAL JUDGMENT

By separate memorandum opinion and order, the Court grants summary judgment in favor of Owens Corning Roofing and Asphalt, LLC on all of Charles Faulk's claims. (Doc. 101). Therefore, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that Faulk's claims and causes of action against the Defendant are **DISMISSED WITH PREJUDICE.**

Each party shall bear its own fees and costs. The Judgment disposes of all parties and claims except for the remaining sealing issue noted in the memorandum opinion and order. This is a final judgment.

**IT IS SO ORDERED** this 18th day of February, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1